**Order filed April 13, 2018**



## In The

# Eleventh Court of Appeals

_____

## No. 11-17-00216-CR

_____

## ALLEN BRAY PUGH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 26281-A**

### O R D E R

This appeal has become unduly stalled due in part to the failure of Appellant's court-appointed counsel, Joseph P. Johnson, to file an appellate brief. Appellant's brief was originally due on January 17, 2018. After that deadline passed, this court, on its own motion, extended the deadline to February 1, 2018. Appellant then filed a motion for extension of time to file his brief, which this court granted, extending the deadline to March 15, 2018. On March 19, 2018, on our own motion, we granted

an extension and directed that the brief be filed on or before 5:00 p.m. on March 29, 2018.  As of today, we have not received Appellant's brief, nor have we received another motion for extension.

By this order, Joseph P. Johnson is **ORDERED** to file in this court a brief on behalf of Appellant on or before **5:00 p.m. on Monday, April 23, 2018**.  At that time, Appellant's brief shall have already been e-filed or be present in the portal for the Eleventh Court of Appeals through eFileTexas.gov.

PER CURIAM

April 13, 2018

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.